CRIMINAL CAUSE FOR ARRAIGNMENT

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N.Y

★ FEB 03 2012 ★

BEFORE: SEYBERT,J.    DATE: 2/3/2012    TIME: 2:00

DOCKET NUMBER: CR 12-89    TITLE: USA-V-

DEFT NAME: JOHN DOE    DEFT: #LONG ISLAND OFFICE
  X PRESENT ___NOT PRESENT  X IN CUSTODY ___ ON BAIL

ATTY. FOR DEFT.: PHILIP MURPHY    ___C.J.A.
       X PRESENT    ___NOT PRESENT    X RET

       CHRISTOHER CAFFARONE;
A.U.S.A. NICOLE BOECKMANN    DEPUTY CLERK: CHARLES BARAN

COURT REPORTER: ___P. AUERBACH  ___E. COMBS  ___P. LOMBARDI
___S. PICOZZI  ___H. RAPAPORT  ___M. STEIGER  ___R. TOLKIN
___D. TURSI  X O. WICKER

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 X   FIRST APPEARANCE OF DEFENDANT.

 X   WAIVER OF INDICTMENT EXECUTED.

 X   INFORMATION FILED.

 X   DEFTS. ARRAIGNED, WAIVES READING OF THE INFORMATION, AND ENTERS
     A NOT GUILTY PLEA TO THE CHARGES.

 X   CASE ADJOURNED TO 3/16/2012 AT 11:30AM FOR STATUS CONFERENCE.

 X   DEFT. REMANDED; ORDER OF DETENTION ISSUED.

 ___ BAIL SET AT _____

 ___ MOTIONS TO BE FILED BY_____

 ___ GOVERNMENT'S RESPONSE DUE_____

 ___ REPLY PAPERS, IF ANY, DUE_____

 ___ SPEEDY TRIAL TIME EXCLUDED THROUGH ___/___/2012 DUE TO _____.