**CRIMINAL CAUSE FOR STATUS CONFERENCE**

BEFORE: SEYBERT,J.   DATE:  3/16/2012       TIME: 11:30

DOCKET NUMBER: CR 12-89        TITLE: USA-V-

DEFT NAME: JOHN DOE                                    DEFT: #
     X PRESENT    ___NOT PRESENT  X IN CUSTODY    ___ ON BAIL

     ATTY. FOR DEFT.: PHILIP MURPHY              C.J.A.
               X PRESENT      NOT PRESENT   X RET

          CHRISTOPHER CAFFARONE
A.U.S.A.                                    DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:   ___P. AUERBACH    X E. COMBS    ___P. LOMBARDI
___S. PICOZZI     ___H. RAPAPORT    ___M. STEIGER    ___R. TOLKIN
___D. TURSI       ___O. WICKER

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

 X  CASE ADJOURNED TO 4/20/2012 AT 12:00N  FOR STATUS OR PLEA.

___ MOTION CONFERENCE HELD ON_____'S MOTION TO
_____

___ ARGUMENT HEARD    ___ MOTION GRANTED.   ___ MOTION DENIED.
                      ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
     CODE TYPE: X-         START DATE: 3/16/2012    XSTRT
                           STOP DATE:  4/20/2012    XSTOP

 X  DEFT. CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR_____

___ MOTIONS TO BE MADE BY_____

___ RESPONSE BY GOVERNMENT BY_____

___ REPLY IF ANY BY_____

 X  OTHER: SPEEDY TRIAL TIME EXCLUDED DUE TO INTERESTS OF
     JUSTICE.